**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
IN THE MATTER OF REASSIGNMENT

                                           NOTICE OF REASSIGNMENT

                OF

 CASES FROM HON. RICHARD J. HOLWELL

-- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

        The cases on the attached list are reassigned to the calendar of:

                  HON. WILLIAM H. PAULEY
       The attorney(s) for the plaintiff(s) are requested to serve a copy of this Notice of

Reassignment on all defendants.

Dated: February 9, 2012


                            Ruby J. Krajick, CLERK


                            Shante Jones
                  By: _____
                            Deputy Clerk


cc: Attorneys of Record

**Judge Holwell to Judge Pauley**

**11md2296**

**11cv4522**

**11cv4538**

**11cv4784**

**11cv4900**

**11cv5136**

**11cv9406**

**11cv9407**

**11cv9408**

**11cv9409**

**11cv9410**

**11cv9510**

**11cv9511**

**11cv9512**

**11cv9514**

**11cv9515**

**11cv9568**

**11cv9569**

**11cv9570**

**11cv9572**

**11cv9581**

**11cv9582**

**11cv9583**

**11cv9584**

**11cv9585**

**11cv9586**

**11cv9587**

**11cv9588**

**11cv9589**

**11cv9590**

**11cv9591**

**11cv9592**

**11cv9593**

**11cv9594**

**11cv9595**

**11cv9596**

**11cv9597**

**11cv9598**

**11cv9599**

**11cv9600**

**12cv0061**

**12cv0062**

**12cv0063**

**12cv0064**

**12cv0065**

**12cv0549**

**12cv0550**

**12cv0551**

**12cv0552**

**12cv0554**

**12cv0555**