**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | Consolidated Multidistrict Action<br>11 MD 2296 (RJS)<br>12 MC 2296 (RJS) |
| THIS DOCUMENT RELATES TO:<br><br>ALL NOTE HOLDER ACTIONS, LISTED ON EXHIBIT A<br><br>ALL RETIREE ACTIONS, LISTED ON EXHIBIT B | |

## JOINT NOTICE OF APPEAL

Notice is hereby given that

(a) (1) Deutsche Bank Trust Company Americas, in its capacity as successor indenture

trustee for certain series of Senior Notes, (2) Law Debenture Trust Company of New York, in its

capacity as successor indenture trustee for certain series of Senior Notes, and (3) Wilmington

Trust Company, in its capacity as successor indenture trustee for the PHONES Notes, which are

collectively the plaintiffs in the cases listed on Exhibit A (the "Note Holder Actions"); and

(b) all plaintiffs in the cases listed on Exhibit B (the "Retiree Actions")

hereby appeal to the United States Court of Appeals for the Second Circuit from (a) the

Memorandum and Order entered on September 23, 2013 (Doc. No. 2710, 11 MD 2296) and

(b) the final Judgment entered on September 27, 2013 (Doc. No. 2726, 11 MD 2296) that

dismissed the Note Holder Actions and the Retiree Actions, and (c) any and all orders

encompassed in the Memorandum and Order and final Judgment.

Dated: September 30, 2013
       New York, New York

Respectfully submitted,

s/ David M. Zensky
_____
David M. Zensky
Mitchell Hurley
Deborah J. Newman
Christopher M. Egleson
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036
(212) 872-1000
dzensky@akingump.com
mhurley@akingump.com
djnewman@akingump.com
cegleson@akingump.com

*Plaintiffs' Liaison Counsel on behalf of all Plaintiffs in the Note Holder Actions and Counsel for all Plaintiffs in the Note Holder Actions with respect to certain Defendants*

_____
Robert J. Lack
Hal Neier
FRIEDMAN KAPLAN SEILER
& ADELMAN LLP
7 Times Square
New York, NY 10036-6516
(212) 833-1100
rlack@fklaw.com
hneier@fklaw.com

*Counsel for all Plaintiffs in certain of the Note Holder Actions with respect to certain Defendants*

David S. Rosner
Sheron Korpus
Christine A. Montenegro
Matthew B. Stein
Paul J. Burgo
KASOWITZ BENSON TORRES & FRIEDMAN LLP
1633 Broadway
New York, NY 10019
(212) 506-1700
drosner@kasowitz.com
skorpus@kasowitz.com
cmontenegro@kasowitz.com
mstein@kasowitz.com
pburgo@kasowitz.com

*Counsel for all Plaintiffs in certain of the Note Holder
Actions with respect to certain Defendants*

Daniel M. Scott
Kevin M. Magnuson
KELLEY, WOLTER & SCOTT, P.A.
431 S. 7th Street, Suite 2530
Minneapolis, MN 55415
(612) 371-9090
dscott@kelleywolter.com
kmagnuson@kelleywolter.com

*Counsel for all Plaintiffs in a certain Note Holder
Action*

Joseph Aronauer
ARONAUER RE & YUDELL, LLP
One Grand Central Place
60 East 42nd Street, Suite 1420
New York, NY 10165
(212) 755-6000
jaronauer@aryllp.com

*Counsel for all Plaintiffs in certain of the Note Holder
Actions with respect to certain Defendants*

David S. Rosner
Sheron Korpus
Christine A. Montenegro
Matthew B. Stein
Paul J. Burgo
KASOWITZ BENSON TORRES & FRIEDMAN LLP
1633 Broadway
New York, NY 10019
(212) 506-1700
drosner@kasowitz.com
skorpus@kasowitz.com
cmontenegro@kasowitz.com
mstein@kasowitz.com
pburgo@kasowitz.com

*Counsel for all Plaintiffs in certain of the Note Holder
Actions with respect to certain Defendants*

Daniel M. Scott
Kevin M. Magnuson
KELLEY, WOLTER & SCOTT, P.A.
431 S. 7th Street, Suite 2530
Minneapolis, MN 55415
(612) 371-9090
dscott@kelleywolter.com
kmagnuson@kelleywolter.com

*Counsel for all Plaintiffs in a certain Note Holder
Action*

Joseph Aronauer
ARONAUER RE & YUDELL, LLP
One Grand Central Place
60 East 42nd Street, Suite 1420
New York, NY 10165
(212) 755-6000
jaronauer@aryllp.com

*Counsel for all Plaintiffs in certain of the Note Holder
Actions with respect to certain Defendants*

3

David S. Rosner
Sheron Korpus
Christine A. Montenegro
Matthew B. Stein
Paul J. Burgo
KASOWITZ BENSON TORRES & FRIEDMAN LLP
1633 Broadway
New York, NY 10019
(212) 506-1700
drosner@kasowitz.com
skorpus@kasowitz.com
cmontenegro@kasowitz.com
mstein@kasowitz.com
pburgo@kasowitz.com

*Counsel for all Plaintiffs in certain of the Note Holder
Actions with respect to certain Defendants*


Daniel M. Scott
Kevin M. Magnuson
KELLEY, WOLTER & SCOTT, P.A.
431 S. 7th Street, Suite 2530
Minneapolis, MN 55415
(612) 371-9090
dscott@kelleywolter.com
kmagnuson@kelleywolter.com

*Counsel for all Plaintiffs in a certain Note Holder
Action*

Joseph Aronauer
ARONAUER RE & YUDELL, LLP
One Grand Central Place
60 East 42nd Street, Suite 1420
New York, NY 10165
(212) 755-6000
jaronauer@aryllp.com

*Counsel for all Plaintiffs in certain of the Note Holder
Actions with respect to certain Defendants*

3

Jay Teitelbaum
TEITELBAUM & BASKIN, LLP
1 Barker Avenue, Third Floor
White Plains, NY 10601
 (914) 437-7670
jteitelbaum@tblawllp.com

*Plaintiffs' Liaison Counsel on behalf of all Plaintiffs in
the Retiree Actions and Counsel for all Plaintiffs in the
Retiree Actions*

4

**EXHIBIT A**
**NOTE HOLDER ACTIONS**

1. *Deutsche Bank Trust Co. Americas v. Abu Dhabi Investment Authority*,
   No. 1:11-cv-04522 (RJS)

2. *Deutsche Bank Trust Co. Americas v. Adaly Opportunity Fund TD Securities Inc. C/O*
   *Adaly Investment Management Co.*,
   No. 1:11-cv-04784 (RJS)

3. *Deutsche Bank Trust Co. Americas v. Cantor Fitzgerald & Co.*,
   No. 1:11-cv-04900 (RJS)

4. *Deutsche Bank Trust Co. Americas v. CIBC World Markets Corp.*,
   No. 1:11-cv-05136 (RJS)

5. *Deutsche Bank Trust Co. Americas v. Blackrock Institutional Trust Co., N.A.*,
   No. 1:11-cv-09319 (RJS)

6. *Deutsche Bank Trust Co. Americas v. Sumitomo Trust & Banking Co. (U.S.A.)*,
   No. 1:11-cv-09406 (RJS)

7. *Deutsche Bank Trust Co. Americas v. Merrill Lynch Trust Co.*,
   No. 1:11-cv-09407 (RJS)

8. *Deutsche Bank Trust Co. Americas v. Eaton Vance Multi Cap Growth Portfolio*,
   No. 1:11-cv-09408 (RJS)

9. *Deutsche Bank Trust Co. Americas v. Richard Paniagua*,
   No. 1:11-cv-09409 (RJS)

10. *Deutsche Bank Trust Co. Americas v. King*,
    No. 1:11-cv-09410 (RJS)

11. *Deutsche Bank Trust Co. Americas v. Anderson*,
    No. 1:11-cv-09510 (RJS)

12. *Deutsche Bank Trust Co. Americas v. The Burroughs Wellcome Fund*,
    No. 1:11-cv-09511 (RJS)

13. *Deutsche Bank Trust Co. Americas v. Aqua America-Gabelli Asset Mgt*,
    No. 1:11-cv-09512 (RJS)

14. *Deutsche Bank Trust Co. Americas v. Associated Bank Green Bay, NA*,
    No. 1:11-cv-09514 (RJS)

15. *Deutsche Bank Trust Co. Americas v. Mazur, Howard*,
    No. 1:11-cv-09515 (RJS)

16. *Deutsche Bank Trust Co. Americas v. Employees Retirement Fund of the City of Dallas*,
    No. 1:11-cv-09568 (RJS)

17. *Deutsche Bank Trust Co. Americas v. Bank of America NA/Gwim Trust Operations*,
    No. 1:11-cv-09569 (RJS)

18.   *Deutsche Bank Trust Co. Americas v. Long*,
       No. 1:11-cv-09570 (RJS)

19.   *Deutsche Bank Trust Co. Americas v. Ader*,
       No. 1:11-cv-09571 (RJS)

20.   *Deutsche Bank Trust Co. Americas v. First Republic Bank*,
       No. 1:11-cv-09572 (RJS)

21.   *Deutsche Bank Trust Co. Americas v. Robert Dishon Family Trust*,
       No. 1:11-cv-09581 (RJS)

22.   *Deutsche Bank Trust Co. Americas v. 1st Source Bank*,
       No. 1:11-cv-09582 (RJS)

23.   *Deutsche Bank Trust Co. Americas v. Sirius International Insurance Corporation*,
       No. 1:11-cv-09583 (RJS)

24.   *Deutsche Bank Trust Co. Americas v. Aetna, Inc.*,
       No. 1:11-cv-09584 (RJS)

25.   *Deutsche Bank Trust Co. Americas v. Wells Fargo Bank, N.A.*,
       No. 1:11-cv-09585 (RJS)

26.   *Deutsche Bank Trust Co. Americas v. Sowood Alpha Fund LP*,
       No. 1:11-cv-09586 (RJS)

27.   *Deutsche Bank Trust Co. Americas v. RBS Securities Inc.*,
       No. 1:11-cv-09587 (RJS)

28.   *Deutsche Bank Trust Co. Americas v. Automotive Machinists Pension Trust Fund*,
       No. 1:11-cv-09588 (RJS)

29.   *Deutsche Bank Trust Co. Americas v. Huntington National Bank*,
       No. 1:11-cv-09589 (RJS)

30.   *Deutsche Bank Trust Co. Americas v. Ameriprise Trust Co.*,
       No. 1:11-cv-09590 (RJS)

31.   *Deutsche Bank Trust Co. Americas v. Goodrich Corp MAS TR QUAL EMPL BEN*,
       No. 1:11-cv-09591 (RJS)

32.   *Deutsche Bank Trust Co. Americas v. American Electric Power*,
       No. 1:11-cv-09592 (RJS)

33.   *Deutsche Bank Trust Co. Americas v. AG Edwards & Sons*,
       No. 1:11-cv-09593 (RJS)

34.   *Deutsche Bank Trust Co. Americas v. Verizon Investment Management Corporation*,
       No. 1:11-cv-09594 (RJS)

35.   *Deutsche Bank Trust Co. Americas v. Alliance Capital Management LLC*,
       No. 1:11-cv-09595 (RJS)

36.   *Deutsche Bank Trust Co. Americas v. Wells Fargo Investments LLC*,
       No. 1:11-cv-09596 (RJS)

37. *Deutsche Bank Trust Co. Americas v. ING Trust Equity Inc. Port*,
    No. 1:11-cv-09597 (RJS)

38. *Deutsche Bank Trust Co. Americas v. Ametek Inc Employees Master Retirement Trust*,
    No. 1:11-cv-09598 (RJS)

39. *Deutsche Bank Trust Co. Americas v. Pandora Select Partners LP*,
    No. 1:11-cv-09599 (RJS)

40. *Deutsche Bank Trust Co. Americas v. U.S. Bank, N.A.*,
    No. 1:11-cv-09600 (RJS)

41. *Deutsche Bank Trust Co. Americas v. Waterman Broadcasting Corporation*,
    No. 1:12-cv-00061 (RJS)

42. *Deutsche Bank Trust Co. Americas v. National Electrical Benefit Fund*,
    No. 1:12-cv-00062 (RJS)

43. *Deutsche Bank Trust Co. Americas v. McGurn*,
    No. 1:12-cv-00063 (RJS)

44. *Deutsche Bank Trust Co. Americas v. Ohlson Enterprises*,
    No. 1:12-cv-00064 (RJS)

45. *Deutsche Bank Trust Co. Americas v. 1994 Alicia P. Guggenheim*,
    No. 1:12-cv-00065 (RJS)

46. *Deutsche Bank Trust Co. Americas v. Fushimi*,
    No. 1:12-cv-00549 (RJS)

47. *Deutsche Bank Trust Co. Americas v. Oppenheimer Main Street Select Fund*,
    No. 1:12-cv-00550 (RJS)

48. *Deutsche Bank Trust Co. Americas v. AIG Life Insurance Co.*,
    No. 1:12-cv-00552 (RJS)

**EXHIBIT B**
**<u>RETIREE ACTIONS</u>**

1.   *Niese v. AllianceBernstein L.P.*,
        No. 1:11-cv-04538 (RJS)

2.   *Niese v. A.G. Edwards Inc.*,
        No. 1:12-cv-00551 (RJS)

3.   *Niese v. Chandler Trust No 1*,
        No. 1:12-cv-00554 (RJS)

4.   *Niese v. ABN AMRO Clearing Chicago LLC.*,
        No. 1:12-cv-00555 (RJS)