UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
|  |  |
|---|---|
| In Re: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | : Consolidated Multidistrict Litigation<br>: Docket No. 12-MC-2296 (WHP)<br>:<br>:<br>: |
| THIS DOCUMENT RELATES TO<br><br>*Kirschner v. FitzSimons* | :<br>: 12-CV-02652 (WHP)<br>: |

-----------------------------------------------------------------x

## NOTICE OF APPEARANCE

Please take notice of the appearance of the undersigned counsel as counsel for Defendants County Employees' and Officers' Annuity and Benefit Fund of Cook County.


Dated: December 18, 2013      ANITA ALVAREZ
                                             State's Attorney of Cook County

                                             By: */s/ Sisavanh Baker*
                                             Sisavanh B. Baker
                                             Assistant State's Attorney
                                             500 Richard J. Daley Center
                                             Chicago, Illinois 60602
                                             (312) 603-7998
                                             State Bar No. 6273731
                                             sisavanh.baker@cookcountyil.gov

## CERTIFICATE OF SERVICE

      I, Sisavanh Baker, hereby certify that, on December 18, 2013, I electronically filed a true and correct copy of the forgoing Notice of Appearance in the United States District Court for the Southern District of New York; all parties were served using the CM/ECF system, in accordance with local and federal rules.

                                        */s/ Sisavanh Baker*
                                        Sisavanh Baker