USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-18-2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: TRIBUNE COMPANY            )
FRAUDULENT CONVEYANCE             )
LITIGATION                        )
                                  )

Consolidated Multidistrict Action
11-MD-2296 (RJS)
12-MC-2296 (RJS)

**ORDER FOR ADMISSION
PRO HAC VICE**

The motion of _____ Patrick J. O'Hara _____, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of

_____ Illinois _____; and that his/her contact information is as follows

(please print):

Applicant's Name:    Patrick J. O'Hara
Firm Name:           Cavanagh & O'Hara LLP
Address:             407 East Adams Street
City / State / Zip:  Springfield, Illinois, 62705
Telephone / Fax:     (217) 544-1771 / (217) 544-9894

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for

_____ NECA-IBEW Pension Trust Fund _____ in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 12-18-2013

_____
United States District / ~~Magistrate~~ Judge