IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Deutsche Bank Trust Company Americas v. First Republic Bank* | Consolidated Multidistrict Action<br><br>No. 11 MD 2296 (RJS)<br><br>No. 12 MC 2296 (RJS)<br><br>No. 11 CV 9572 (RJS)<br><br>NOTICE OF APPEARANCE |

## NOTICE OF APPEARANCE

NOTICE IS HEREBY GIVEN that Ellen Greenstone, Esq. of the law firm of Rothner, Segall & Greenstone, 510 South Marengo Avenue, Pasadena, California 91101, hereby appears as counsel for Defendant Miriam A. Pawel in the above-captioned matter.

Dated:  January 21, 2014         ELLEN GREENSTONE
                                 ROTHNER, SEGALL & GREENSTONE

                                 By         s/ Ellen Greenstone
                                      ELLEN GREENSTONE

                                 Rothner, Segall & Greenstone
                                 610 South Marengo Avenue
                                 Pasadena, California 91101
                                 Telephone:   626-796-7555
                                 Facsimile:   626-577-0124
                                 E-mail:      egreenstone@rsglabor.com

                                 Attorney for Defendant Miriam A. Pawel

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 21, 2014, the **NOTICE OF APPEARANCE** was filed electronically through the CM/ECF system, which will send notice to the registered participants identified in the Notice of Electronic Filing.

Dated:  January 21, 2014              s/ Ellen Greenstone
                                      ELLEN GREENSTONE