**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____/   Consolidated Multidistrict Action

IN RE: TRIBUNE COMPANY FRAUDULENT
CONVEYANCE LITIGATION
_____

THIS DOCUMENT RELATES TO:

ALL MATTERS

Case No. 11-MD-02296 (RJS)
Case No.: 12-MC-2296 (RJS)

_____/

IN RE: TRIBUNE COMPANY FRAUDULENT
CONVEYANCE LITIGATION
_____/

THIS DOCUMENT RELATES TO:

_KIRSCHNER V. FITZSIMMONS, ET AL._    /   Case No. 12-CV -2652 (RJS)

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the law firm of Haile, Shaw & Pfaffenberger, P.A. hereby appears as counsel for Defendants Donald L. Miller, as Trustee of the Trust by Donald L. Miller U/A DTD 05/20/82; and The Trust by Donald L. Miller U/A DTD 05/20/82 ("Miller"). This appearance is without prejudice to any defenses or positions that Miller may have, including defenses based upon insufficient service of process and/or lack of personal jurisdiction.

PLEASE TAKE FURTHER NOTICE that the undersigned hereby requests that copies of all notices and other papers in this case be sent to:

HAILE, SHAW & PFAFFENBERGER, P.A.
Robert G. Haile, Jr., Esq.
660 US Highway One, Third Floor
North Palm Beach, FL 33408

Dated:  January 29, 2014               Respectfully submitted,

/s/  Robert G. Haile, Jr.
Robert G. Haile, Jr., Esq.
Florida Bar No.: 292796
Susan B. Yoffee, Esq.
Florida Bar No.: 511919
**HAILE, SHAW & PFAFFENBERGER, P.A.**
660 U.S. Highway One, Third Floor
North Palm Beach, FL  33408
Phone: (561) 627-8100
Fax:    (561) 622-7603
Email:        rhaile@haileshaw.com
                 syoffee@haieleshaw.com
*Counsel for Defendants, Donald L. Miller, as Trustee*
*of the Trust by Donald L. Miller U/A DTD 05/20/82; and*
*The Trust by Donald L. Miller U/A DTD 05/20/82*