**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | Consolidated Multidistrict Action<br><br>No. 12 MC 2296 (RJS)<br>No. 11 MD 2296 (RJS) |

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that GREGORY S. HANSEN, ESQ. and STEPHEN P. HEUSTON, ESQ. of the law firm of FRESE, HANSEN, ANDERSON, ANDERSON, HEUSTON & WHITEHEAD, P.A. hereby file this Notice of Appearance as counsel for and on behalf of Defendant, THE SALVATION ARMY, SOUTHERN TERRITORIAL HEADQUARTERS, in the above-captioned cases and request that all future correspondence, notices, and pleadings be served upon counsel at the mailing address and/or e-mail addresses indicated below.

Pursuant to Paragraph VIII of the Master Case Order No. 4 filed on November 20, 2013, THE SALVATION ARMY, SOUTHERN TERRITORIAL HEADQUARTERS, will withhold filing an Answer until further Order of the Court.  Furthermore, pursuant to Paragraph IV b. of the Master Case Order No. 4, this Notice of Appearance shall not waive any defenses or arguments, including those based on service of process, jurisdiction, personal jurisdiction, sovereign immunity, or other similar immunity defenses.

Dated: February 3, 2014                              Respectfully Submitted,

**FRESE, HANSEN, ANDERSON, ANDERSON, HEUSTON & WHITEHEAD, P.A.**

 /s/ Gregory S. Hansen
Gregory S. Hansen Esq.
Florida Bar No. 460095
E-mail: ghansen@fresehansen.com
Stephen P. Heuston, Esq.
Florida Bar No. 978302
E-mail: sheuston@fresehansen.com
2200 Front Street, Suite 301
Melbourne, Florida  32901
Telephone: 321.984.3300
Facsimile:  321.951.3741
Attorneys for Defendant, The Salvation Army, Southern Territorial Headquarters

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on February 3, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  The foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

                      /s/ Gregory S. Hansen
                      Gregory S. Hansen Esq.
                      Florida Bar No. 460095
                      E-mail: ghansen@fresehansen.com
                      Stephen P. Heuston, Esq.
                      Florida Bar No. 978302
                      E-mail: sheuston@fresehansen.com
                      Frese, Hansen, Anderson, Anderson, Heuston & Whitehead, P.A.
                      2200 Front Street, Suite 301
                      Melbourne, Florida  32901
                      Telephone: 321.984.3300
                      Facsimile:  321.951.3741
                      Attorneys for Defendant, The Salvation Army, Southern Territorial Headquarters