IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:  TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | Consolidated Multidistrict Action<br>11 MD 2296 (RJS)<br>12 MC 2296 (RJS) |
| THIS DOCUMENT RELATES TO:<br><br>ALL MATTERS | |

## NOTICE OF APPEARANCE

TO:     The clerk of the court and all parties of record

I am admitted to practice in this court, and I hereby appear in the case as counsel on behalf of the following defendant in the above-captioned action:

   City of Philadelphia Public Employees

Defendant hereby requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the address, telephone number and e-mail address indicated below.

Dated:  February 6, 2014         By: /s/  Stephen M. Packman
                                      Stephen M. Packman, Esquire
                                      Jennifer L. Dering, Esquire
                                      ARCHER & GREINER
                                      A Professional Corporation
                                      One Centennial Square
                                      Haddonfield, NJ  08033
                                      Tel: (856) 354-3918
                                      Fax: (856) 673-7078
                                      Email:  jdering@archerlaw.com

10701266v1