**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | Consolidated Multidistrict Litigation<br><br>11 MD 2296 (RJS)<br>12 MD 2296 (RJS)<br>12 CV 2652 (RJS)<br><br>**NOTICE OF APPEARNANCE OF COUNSEL** |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD

    I am admitted or otherwise authorized to practice in this Court and I appear in this case as counsel for the Sheet Metal Workers Pension Plan of Northern California.

Dated: August 28, 2013                        Respectfully submitted,

                                              NEYHART, ANDERSON, FLYNN & GROSBOLL

                                              By:   /s/ Chloe Quail
                                              Chloe Quail
                                              NEYHART, ANDERSON, FLYNN & GROSBOLL
                                              369 Pine Street, Suite 800
                                              San Francisco, CA 94104-6702
                                              TEL: (415) 677-9440
                                              FAX: (415) 677-9445
                                              Email: cquail@neyhartlaw.com