UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/30/2013

| | |
|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | Consolidated Multidistrict Action<br>11 MD 2296 (RJS) |
| THIS DOCUMENT RELATES TO:<br>*Kirschner v. FitzSimons* | 12 CV 2652 (RJS) |

## NOTICE OF PRO SE APPEARANCE

I, __TILDEN H. EDWARDS, JR__ a Defendant in the above captioned matter, hereby enter my appearance as a *pro se* party. I understand that if I have an email address, I must supply it in the space provided below. I further understand that I am responsible for notifying the Court and plaintiff in this case of any changes to my mailing address and email address as well as any change in my status should I obtain representation by an attorney in the future. I understand that, although information may be provided to me from time to time by Liaison Counsel and other attorneys who represent members of one or more executive committees in this case, these attorneys do not represent me and these communications will not create an attorney-client relationship.

All court papers may be served upon me by first class mail or email at the addresses shown below. I also understand that I am responsible for serving upon the plaintiff and all parties who appear in this action a copy of every paper which I file.

My Mailing Address is:

__9615 PAGE AVE.__

__BETHESDA, MARYLAND 20814__

My Email address (if applicable) is:

__tildene@erols.com__

__[signature: Tilden H Edwards Jr]__    __Dec. 28, 2013__
Signature                                Date



U.S. POSTAGE PAID
WEST BETHESDA, MD
20817
DEC 28, 13
AMOUNT
$3.10
00030534-11

NEW YORK

UNITED STATES DISTRICT COURT of the SOUTHERN DISTRICT of
PRO SE OFFICE
Daniel Patrick Moynihan U.S. COURTHOUSE
500 PEARL ST., RM. 200
NEW YORK, NY 10007

Mr. Tilden H. Edwards
9615 Page Ave
Bethesda, MD 20814



7011 0470 0000 3716 8131

**CERTIFIED MAIL**
PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7011 0470 0000 3716 8131