IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION, | ) ) ) ) ) ) ) ) ) ) | Consolidated Multidistrict Action<br><br>Judge Richard Sullivan<br><br>Case No.   11 MD 2296 (RJS)<br>              12 MC 2296 (RJS)<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL** |

\* \* \*

PLEASE TAKE NOTICE that **Robert A. Koenig, Esq**. and the law firm of Shumaker, Loop & Kendrick, LLP, 1000 Jackson Street, Toledo, Ohio 43604, hereby enter their appearance as counsel for Defendant Ohio Carpenters' MIDCAP, aka Ohio Carpenters' Pension Fund, and **Mary C. Henkel, Esq**. and the law firm of Vorys, Sater, Seymour and Pease, LLP, 301 East Fourth Street, Suite 3500, Great American Tower, Cincinnati, OH 45202, and **John Winship Read, Esq.**, and the law firm of Vorys, Sater, Seymour and Pease, LLP, 1375 East Ninth Street, 2100 One Cleveland Center, Cleveland, Ohio, 44114, hereby withdraw as counsel for Defendant, Ohio Carpenters' MIDCAP, aka Ohio Carpenters' Pension Fund.

Defendant hereby requests that all pleadings, notices, orders and other papers given or filed in the above-captioned matter be given and served upon the following person at the address, telephone number, and email address indicated below:

        Robert A. Koenig
        (Ohio Supreme Court No.: 0020789)

        Shumaker, Loop & Kendrick, LLP
        1000 Jackson Street
        Toledo, Ohio  43604
        Telephone No.:  419-241-1305
        Fax No.:            419-241-6894
        E-mail address:  rkoenig@slk-law.com

| | |
|---|---|
| */s/ Robert A. Koenig*_____ | *s/ Mary C. Henkel*_____ |
| Robert A. Koenig (Ohio Sup Court No. 0020789) | Mary C. Henkel |
| rkoenig@slk-law.com | (Per email consent 2-19-14) |
| SHUMAKER, LOOP & KENDRICK, LLP | mchenkel@vorys.com |
| 1000 Jackson Street | VORYS, SATER, SEYMOUR AND PEASE, LLP |
| Toledo, Ohio 43604 | 301 East Fourth Street, Suite 3500 |
| Telephone:   (419) 241-9000 | Great American Tower |
| Fax:              (419) 241-6894 | Cincinnati, Ohio  45202 |
| | Telephone::   (513) 723-4000 |
| | Fax:               (513) 723-4056 |
| | |
| | and |
| | |
| | */s/ John Winship Read*_____ |
| | John Winship Read |
| | (Per email consent 2-19-14) |
| | jwread@vorys.com |
| | VORYS, SATER, SEYMOUR AND PEASE, LLP |
| | 1375 East Ninth Street |
| | 2100 One Cleveland Center |
| | Cleveland, Ohio  44114 |
| | Telephone:   (216) 479-6100 |
| | Fax:              (216) 479-6060 |
| | |
| Attorneys for Defendant | Attorneys for Defendant |
| Ohio Carpenters' MIDCAP, aka Ohio Carpenters' Pension Fund | Ohio Carpenters' MIDCAP, aka Ohio Carpenters' Pension Fund |

2

## CERTIFICATE OF SERVICE

I certify that on February 19, 2014, the foregoing *Notice of Substitution of Counsel* was electronically filed through the CM/ECF system for the United States District Court, Southern District of New York and served through the Court's electronic filing system on all counsel of record.

>	*/s/ Robert A. Koenig*
>	Robert A. Koenig
>	(Ohio Supreme Court No.: 0020789)
>	Shumaker, Loop & Kendrick, LLP
>	1000 Jackson Street
>	Toledo, Ohio  43604
>	Telephone No.: 419-241-1305
>	Fax No.:         419-241-6894
>	*E-mail address:  rkoenig@slk-law.com*

SLK_TOL:#2118122v1