UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| In Re: Tribune Company Fraudulent Conveyance Litigation | Consolidated Multidistrict Litigation No. 12-MC-2296 (RJS) No. 11-MC-2296 (RJS) |

**APPEARANCE OF COUNSEL**

TO: The clerk of the court and all parties of record.

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Mallory and Evans, Inc.

Dated: February 24, 2014

_____
Joseph P. Allgor (JA-0798)
Herskovits PLLC
1065 Avenue of the Americas
27th Floor
New York, NY 10018
T (212) 897-5410
F (646) 558-0239
joseph@herskovitslaw.com