UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:  TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | ) Consolidated Multidistrict Action<br>) 11 MD 2296 (RJS)<br>) 12 MC 2296 (RJS)<br>)<br>) **NOTICE OF APPEARANCE**<br>) |

The undersigned hereby enters her appearance as counsel of record for the following named Defendant in the above-referenced Consolidated Action:

> New Life International, Debtor and Debtor-in-Possession in Case No. 13-10974-RM3-11, pending in the United States Bankruptcy Court for the Middle District of Tennessee, shown in the Fifth Amended Complaint (Docket No. 1052, Exhibit A, page 233) as "New Life International Trust, US Bank Trustee."

The undersigned further requests that copies of all papers in this action be served upon her at the address set forth below.

The undersigned further gives notice that this litigation is stayed as against New Life International pursuant to 11 U.S.C. § 362(a).

Linda W. Knight
Gullett, Sanford, Robinson & Martin, PLLC
Suite 1700
150 Third Avenue South
Nashville, TN 37201
Phone -- (615) 244-4994
Fax -- (615) 256-6339
lknight@gsrm.com; bke@gsrm.com

/s/ Linda W. Knight
Linda W. Knight
Gullett, Sanford, Robinson & Martin, PLLC
Counsel for New Life International
Suite 1700
150 Third Avenue South
Nashville, TN  37201
(615) 244-4994
Fax (615) 256-6339
lknight@gsrm.com; bke@gsrm.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2014, the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

/s/ Linda W. Knight
Linda W. Knight