UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:  TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | )  Consolidated Multidistrict Action<br>)  11 MD 2296 (RJS)<br>)  12 MC 2296 (RJS)<br>)<br>)<br>) |

## RULE 7.1 DISCLOSURE OF CORPORATE INTEREST

Pursuant to Fed. R. Civ. P. 7.1, Defendant New Life International, Debtor and Debtor-in-Possession in Case No. 13-10974-RM3-11, pending in the United States Bankruptcy Court for the Middle District of Tennessee, shown in the Fifth Amended Complaint (Case No. 12-MC-2296 (RJS), Docket No. 1052, Exhibit A, page 233) as "New Life International Trust, US Bank Trustee," hereby states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

/s/ Linda W. Knight
Linda W. Knight
Gullett, Sanford, Robinson & Martin, PLLC
Counsel for New Life International
Suite 1700
150 Third Avenue South
Nashville, TN  37201
(615) 244-4994
Fax (615) 256-6339
lknight@gsrm.com; bke@gsrm.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2014, the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's electronic filing system.

/s/ Linda W. Knight
Linda W. Knight

554139.1/20137023