UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | ) ) ) ) ) ) | Consolidated Multidistrict Action<br>11 MD 2296 (RJS)<br>12 MC 2296 (RJS) |
| THIS DOCUMENT RELATES TO:<br><br>ALL MATTERS | ) ) ) ) ) ) ) | |

## NEW LIFE INTERNATIONAL'S
## SUGGESTION OF BANKRUPTCY AND IMPOSITION OF AUTOMATIC STAY

The undersigned hereby gives notice that on December 31, 2013, New Life International, one of the Defendants in this litigation, filed a voluntary petition for relief under Chapter 11 of Title 11, United States Code, in the United States Bankruptcy Court for the Middle District of Tennessee.  The petition was assigned Case No. 13-10974-RM3-11.  New Life International was continued, and remains, in possession of its property and is operating its business as a Debtor-in-Possession.

In the Fifth Amended Complaint (Docket No. 1052, Exhibit A, page 233), this Defendant is listed as "New Life International Trust, US Bank Trustee."

The undersigned further gives notice that, by virtue of 11 U.S.C. § 362(a), certain acts related to the prosecution of the referenced cause of action as against said Defendant are automatically stayed.

This the 24TH day of February, 2014.

        /s/ Linda W. Knight
        Linda W. Knight
        GULLETT, SANFORD, ROBINSON & MARTIN, PLLC
        Counsel for New Life International
        Suite 1700
        150 Third Avenue, South
        Nashville, TN 37201
        615-244-4994
        Fax 615-256-6339
        lknight@gsrm.com; bke@gsrm.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2014, the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

        /s/ Linda W. Knight
        Linda W. Knight