**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re: Tribune Company Fraudulent Conveyance Litigation | Consolidated Multidistrict Litigation No. 12-MC-2296 (RJS) No. 11-MC-2296 (RJS) |

## APPEARANCE OF COUNSEL

TO: The clerk of the court and all parties of record.

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Chase Family Trust #2 U/A DTD 02/21/1997, Marjorie Ann Chase, WH Chase, Trustees

Dated: February 28, 2014

_____
Joseph P. Allgor (JA-0798)
Herskovits PLLC
1065 Avenue of the Americas
27th Floor
New York, NY 10018
T (212) 897-5410
F (646) 558-0239
joseph@herskovitslaw.com