UNITED STATES DISTRICT COURT
SOUTHEN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Tribune Company Fraudulent Conveyance Litigation | Consolidated Multidistrict Litigation<br>No. 12-MC-2296 (RJS)<br>No. 11-MC-2296 (RJS) |

**Corporate Disclosure Statement**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Mallory and Evans, Inc. hereby states that it has no corporate parent and that no publicly traded corporation owns 10% or more of its stock.

Dated: February 28, 2014

_____
Joseph P. Allgor (JA-0798)
Herskovits PLLC
1065 Avenue of the Americas
27th Floor
New York, NY 10018
T (212) 897-5410
F (646) 558-0239
joseph@herskovitslaw.com