UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
IN RE: TRIBUNE COMPANY FRAUDULENT :
CONVEYANCE LITIGATION : Consolidated Multidistrict Action
: 11 MD 2296 (RJS)
: 12 MC 2296 (RJS)
------------------------------------------------------------------x
MARK S. KIRSCHNER, as Litigation Trustee for :
The TRIBUNE LITIGATION TRUST, :
: Case No. 1:12-cv-2652 (RJS)
               Plaintiff, :
:
 -against- :
:
DENNIS J. FITZSIMONS, *et al.*, :
:
              Defendants. :
------------------------------------------------------------------x

**STATEMENT REGARDING NOTICE OF APPEARANCE
AND REQUEST FOR SERVICE OF DOCUMENTS**

PLEASE TAKE NOTICE THAT the undersigned believes that (i) there is no legal entity named *GM Promark Large Cap Blend Fund* ("**GM Promark**"), (ii) there has not been proper service of the complaint in the above-captioned action on GM Promark, and (iii) the time to effectuate such service has expired, and the statute of limitations has run.

PLEASE TAKE FURTHER NOTICE THAT the undersigned is filing this notice in case the above-captioned Plaintiff seeks to take any further action against GM Promark. The filing of this document shall not constitute a waiver of any jurisdictional or other defenses herein, and shall not constitute a waiver of any other relief. Any further notices or pleadings directed at GM Promark shall be forwarded to:

22548254v1

                King & Spalding LLP
                1185 Avenue of the Americas
                New York, New York  10036
                Attn: Arthur Steinberg, Esq.
                E-mail:  asteinberg@kslaw.com
                Telephone:  (212) 556-2100
                Facsimile:  (212) 556-2222

Dated: March 7, 2014
       New York, New York

                                    KING & SPALDING LLP

                                    By:   /s/ Arthur Steinberg
                                         Arthur Steinberg
                                         Scott Davidson
                                  1185 Avenue of the Americas
                                  New York, New York 10036-4003
                                  Telephone: (212) 556-2100
                                  Facsimile: (212) 556-2222