UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
IN RE: TRIBUNE COMPANY FRAUDULENT :
CONVEYANCE LITIGATION                         :  Consolidated Multidistrict Action
                                              :  11 MD 2296 (RJS)
                                              :  12 MC 2296 (RJS)
------------------------------------------------------------------x
MARK S. KIRSCHNER, as Litigation Trustee for  :
The TRIBUNE LITIGATION TRUST,                 :
                                              :  Case No. 1:12-cv-2652 (RJS)
     Plaintiff,              :
                                              :
 -against-                                    :
                                              :
DENNIS J. FITZSIMONS, *et al.*,               :
                                              :
     Defendants.             :
------------------------------------------------------------------x

## STATEMENT REGARDING NOTICE OF APPEARANCE
## AND REQUEST FOR SERVICE OF DOCUMENTS

  PLEASE TAKE NOTICE THAT the undersigned believes that (i) there is no legal entity named *GM Promark Large Cap Blend Fund* ("**GM Promark**"), (ii) there has not been proper service of the complaint in the above-captioned action on GM Promark, and (iii) the time to effectuate such service has expired, and the statute of limitations has run.

  PLEASE TAKE FURTHER NOTICE THAT the undersigned is filing this notice in case the above-captioned Plaintiff seeks to take any further action against GM Promark. The filing of this document shall not constitute a waiver of any jurisdictional or other defenses herein, and shall not constitute a waiver of any other relief. Any further notices or pleadings directed at GM Promark shall be forwarded to:

22548540v1

        King & Spalding LLP
        1185 Avenue of the Americas
        New York, New York  10036
        Attn: Scott Davidson, Esq.
        E-mail:  sdavidson@kslaw.com
        Telephone:  (212) 556-2100
        Facsimile:  (212) 556-2222

Dated: March 7, 2014
      New York, New York

                KING & SPALDING LLP

                By:   /s/ Scott Davidson
                    Arthur Steinberg
                    Scott Davidson
                1185 Avenue of the Americas
                New York, New York 10036-4003
                Telephone: (212) 556-2100
                Facsimile: (212) 556-2222