

1105 NORTH MARKET STREET
SUITE 901
WILMINGTON, DELAWARE 19801

MAILING ADDRESS:
P.O. BOX 1380
WILMINGTON, DE 19899-1380

JOSEPH GREY
JGREY@CROSSLAW.COM
(302) 777-4200, EXT. 110

August 22, 2014

The Honorable Richard J. Sullivan
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:  *In re Tribune Company Fraudulent Conveyance Litigation*, 11 MD 2296 (RJS), 12 MC 2296 (RJS);

*Kirschner v. Fitzsimmons et. al.*, 12 CV 2652 (RJS)

Dear Judge Sullivan,

    We represent The Henry Francis DuPont Winterthur Museum, Inc., a defendant in the above-referenced proceedings ("Winterthur"). One of the attorneys of record in this case, Amy E. Evans, Esquire, has left our firm and will no longer be serving as counsel to Winterthur. Therefore, we respectfully request that the Court direct the Clerk to remove Ms. Evans registration as counsel of record. I shall continue to represent Winterthur in these cases and thus Ms. Evans' withdrawal will not result in prejudice or delay to any party.

    I will be available to respond to any questions which the Court may have.

Respectfully submitted,

Joseph Grey

Cc: sullivannysdchambers@nysd.uscourts.gov

File Copy