IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | Consolidated Multidistrict Action<br>11 MD 2296 (RJS)<br>12 MC 2296 (RJS)<br><br>ECF Case |
| THIS DOCUMENT RELATES TO:<br><br>MARC S. KIRSCHNER, as Litigation Trustee for the TRIBUNE LITIGATION TRUST,<br><br>Plaintiff,<br><br>v.<br><br>DENNIS J. FITZSIMONS, et al,<br><br>Defendants. | No. 12 CV 2652 (RJS) |

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/16/16

## NOTICE OF SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE** that, subject to the approval of the Court, Joel A. Chernov, Esq., of the law firm of Constantine Cannon LLP, hereby enters his appearance as counsel for Defendants Nomura International Trust Co., Inc., Nomura Securities International, Inc., and Nomura Securities International Stock Lending (collectively, "Nomura Defendants") in the above-captioned consolidated multi-district litigation, without waiver of any and all defenses, and the law firm of McCarter & English, LLP hereby withdraws as counsel for the Nomura Defendants, specifically withdrawing the individual appearance of Michael B. Roth. Michael B. Roth and McCarter & English, LLP respectfully request to be removed from the Court's ECF service list. The Nomura Defendants hereby request that all pleadings, notices, orders, and other papers given or filed in the above-captioned matter be given and served upon the following person:

344672.1

Joel A. Chernov
Constantine Cannon LLP
335 Madison Avenue, 9th Floor.
New York, NY. 10017
(212) 350-2700

Dated this 12th day of February 2016

Respectfully submitted,

| CONSTANTINE CANNON LLP | McCARTER & ENGLISH, LLP |
|---|---|
| /s/ Joel A. Chernov | /s/ Michael B. Roth / JAC |
| Joel A. Chernov | Michael B. Roth |
| 335 Madison Avenue, 9th Floor | 245 Park Avenue, 27th Floor |
| New York, NY 10017 | New York, NY 10167 |
| (212) 350-2700 | (212) 609-6800 |
| jchernov@constantinecannon.com | mroth@mccarter.com |

IT IS SO ORDERED this 16th day of February, 2016.

_____
The Honorable Richard J. Sullivan
United States District Judge

344672.1