UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- X

In re:

TRIBUNE COMPANY FRAUDULENT
CONVEYANCE LITIGATION

Case No. 11-md-02296-DLC
Consolidated Multidistrict Action

---------------------------------------------------------- X

MARC S. KIRSCHNER, as Litigation Trustee for
the Tribune Litigation Trust,

Case No. 12-mc-02296-DLC
Case No. 12-cv-02652-DLC

Plaintiff,

v.

DENNIS J. FITZSIMONS, *et al.*

Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/29/2020

---------------------------------------------------------- X

## [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

The Court, having considered the motion seeking leave, pursuant to Local Rule 1.4, for Kristin C. Foster to withdraw as counsel of record in the above-captioned proceeding for the defendants listed in Exhibit A to the Motion to Withdraw as Counsel, and it appearing to the Court that the relief requested is appropriate,

**IT IS HEREBY ORDERED** that Kristin C. Foster is granted leave to withdraw as counsel of record in these actions, that such withdrawal is effective immediately, and that Ms. Foster be removed from the Court's CM/ECF electronic notification list for these proceedings.

DATED: ~~July 15, 2020~~
8/27/20

SO ORDERED:

_____
The Honorable Denise L. Cote
UNITED STATES DISTRICT JUDGE